MARTÍNEZ, PLAINTIFF AND APPELLANT, *v.* SUCCESSION OF LAURIDO ET AL., DEFENDANTS AND RESPONDENTS.

## APPEAL from the District Court of Arecibo in an Action of Debt.

No. 1143.—Decided June 22, 1914.

APPEAL—DEFENDANTS IN DEFAULT—ADVERSE PARTIES—NOTICE OF APPEAL.—
When the notice of appeal has not been served on some of the defendants
who were summoned but did not appear, and whose default was entered, but
against whom the court refused to render judgment, entering judgment only
against the other defendants who confessed judgment, the appeal should be
dismissed because such defendants in default are interested adverse parties
and are entitled to be served with notice of the appeal.

The facts are stated in the opinion.

*Mr. A. Suliveres* for the appellant.

The respondents did not appear.

MR. JUSTICE WOLF delivered the opinion of the court.

This was an action for the recovery of money and a large number of defendants were joined therein. Some of them answered and admitted the right of the complainant to recover. The others, after having been served with process, defaulted. The answer of those who admitted the rights of the complainant was filed by Attorney J. Gregory. He did not represent any of the defendants in default. After a hearing the court finally rendered judgment against all the defendants who admitted the rights of the complainant, but rendered judgment in favor of the defendants in default and therefore against the complainant with respect to such defendants in default.

The notice of appeal in this case is directed to the secretary of the court and recites that the complainant not being in accord with the judgment rendered in the case appealed from the whole thereof, giving a copy of such notice (*de esta instancia*) to the attorney for the defendants who had appeared in the case, and such notice contained other recitals of no moment to this appeal. The said Attorney J. Gregory

acknowledged the receipt of the notice. The defendants who were in default, although they were known to the complainant and were originally served with process, were not notified of the appeal. The defendants whom Attorney Gregory represented had appeared and admitted the claim of the complainant. They had no further real interest in contesting the case. But the defendants in default, against whom the court had refused to render judgment, had every interest in maintaining the judgment as rendered. They were adverse parties and had a right to be notified of the appeal. Section 296, Code of Civil Procedure. For failure to notify the said adverse parties in interest, the appeal must be dismissed. *Candelas* v. *Ramírez,* 20 P. R. R., 31.

*Appeal dismissed.*

Chief Justice Hernández and Justices del Toro, Aldrey and Hutchison concurred.